ACCEPTED
14-15-00545-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 3:10:39 PM
CHRISTOPHER PRINE
CLERK

NO. 14-15-00545-CV

# In the Court of Appeals for the 14ᵗʰ Judicial District Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/25/2015 3:10:39 PM
CHRISTOPHER A. PRINE
Clerk

## *In re* CONNIE VASQUEZ HARRISON, *Relator*

Original Proceeding Arising from the
311ᵗʰ Judicial District
Harris County, Texas
Trial Court Cause No. 2006-68864

## REAL PARTY IN INTEREST CLIFFORD LAYNE HARRISON'S FIRST MOTION TO EXTEND TIME TO FILE RESPONSE

**TO THE HONORABLE JUSTICES OF THE FOURTEENTH COURT OF APPEALS:**

Real Party in Interest, CLIFFORD LAYNE HARRISON, ("Mr. Harrison") requests a five (5) day extension of time to file his response to CONNIE VASQUEZ HARRISON'S, Petition for Writ of Habeas Corpus. In support of this motion, Mr. Harrison shows as follows:

1

1. Following a hearing on June 19, 2015, the Honorable Alicia K. Franklin, Presiding Judge of the 311ᵗʰ Judicial District Court of Harris County, Texas, signed an order holding Relator in contempt of court and committing her to the Harris County Jail.

2. On or about June 24, 2015, CONNIE VASQUEZ HARRISON ("Relator"), filed her Petition for Writ of Habeas Corpus before this Honorable Court. The petition concerns a commitment order for contempt arising out of the underlying divorce proceedings (Cause No. 2006-68864) in the 311ᵗʰ Judicial District Court of Harris County, Texas.

3. Contemporaneously with her Petition for Writ of Habeas Corpus, Relator filed a Motion for Emergency Temporary Relief on Petition for Writ of Habeas Corpus.

4. On June 25, 2015 this Court denied Relator's Motion for Temporary Relief in the above entitled cause. The same day, this Court requested a response to Relator's Petition for Writ of Habeas Corpus to be filed on or before June 26, 2015 by 10:00 a.m..

5. Real Party in Interest, CLIFFORD HARRISON, respectfully requests an extension of time of five (5) days to file his response pursuant to Rule 10.5 and Rule 38.6 of the Texas Rules of Appellate Procedure. A five (5)

day extension of time would extend the response due date until Tuesday, June 30, 2015 at 5:00 p.m.

6. Real Party in Interest plans to make arrangements to obtain a copy of the court reporter's transcript from the June 19, 2015 hearing before the 311th Judicial District Court, Harris County, Texas. The transcript is necessary as it relates to the basis of the grounds alleged by Relator in her petition, and is essential in aiding Real Party in Interest in preparing his response.

7. Real Party in Interest would represent to this Honorable Court that twenty-four (24) hours time is insufficient for Counsel to make the necessary arrangements to obtain the transcripts and compile an adequate and complete response on behalf of MR. HARRISON.

8. Additionally, there are still numerous post-judgment matters relating to the underlying case pending before the trial court, including but not limited to an entry hearing on the contempt order forming the basis of Relator's petition, scheduled to be heard tomorrow morning, June 26, 2015. As a result, Real Party in Interest, CLIFFORD HARRISON and his counsel have been required to commit an exceptional amount of time attending to the resolution of those matters.

9. In addition to the perpetual nature of the ongoing trial court proceedings, Relator has been unrelenting in seeking various forms of appellate relief

before this Court. Aside from Relator's Petition for Writ of Habeas Corpus currently before this Court, since the beginning of the year, Relator has filed two (2) unsuccessful Petitions for Writ of Mandamus. Relator has also filed a separate and independent Petition for Writ of Habeas Corpus and a Notice of Appeal in the underlying suit, both of which are still pending at this time.

10. Real Party in Interest respectfully requests five (5) days additional time to prepare his response to Relator's Petition for Writ of Habeas Corpus, to be filed no later than Tuesday, June 30, 2015 by 5:00 p.m.

11. Real Party in Interest, CLIFFORD HARRISON has not been granted any previous extensions to the deadline to respond to the Petition for Writ of Habeas Corpus.

12. This motion is not made to delay, but to present MR. HARRISON'S position effectively and in compliance with the Rules of Appellate Procedure.

**PRAYER**

WHEREFORE, PREMISES CONSIDERED, Real Party in Interest, Clifford HARRISON, respectfully requests that the Court grant a five (5) day extension of time for Real Party in Interest to file a response to Relator's Petition for Writ of Habeas Corpus.

Respectfully Submitted,

_____

**SARAH HIRSCH JOYCE**
State Bar No. 24092522
3355 W. Alabama St., Suite 825
Tel:   (713) 529-3982
Fax:  (855) 624-7224
Email: sjoyce@sjoycelaw.com
Appellate Counsel for Clifford Harrison,
Real Party in Interest

## CERTIFICATE OF CONFERENCE

I hereby certify that Real Party in Interest's counsel has conferred with Alan B. Daughtry, counsel for Relator, and he is opposed to this request for extension.

_/s/ Sarah Hirsch Joyce
Sarah Hirsch Joyce

## CERTIFICATE OF SERVICE

I certify that a true copy was served on all parties and/or counsel of record in accordance with Texas Rules of Appellate Procedure 6.3 and 9.5(b), (d) and (e) on June 25, 2015 as follows:

*Via Electronic Delivery*
ALAN B. DAUGHTRY
State Bar No. 00793583
3355 West Alabama, Suite 444
Houston, Texas 77098
Tel: (281) 300-5202
Fax: (281) 404-4478
Email: alan@alandaughtrylaw.com
Attorney for Relator, Connie Vasquez Harrison

*Via Electronic Delivery*
TERRY L. HART
State Bar No. 09150750
4265 San Felipe, Suite 1100
Tel: (713) 968-9818
Fax: (713) 968-9817
Email: thart@terryhartlaw.com
Trial Counsel for Relator, Connie Vasquez Harrison

*Via Certified Mail*
Honorable Alicia K. Franklin
Judge of the 311th District Court
201 Caroline St., 8th Floor
Houston, Texas 77002

***<u>Via Certified Mail</u>***
Adrian Garcia
Harris County Sheriff
1200 Baker Street
Houston, Texas 77002

<u>/s/ Sarah Hirsch Joyce</u>
Sarah Hirsch Joyce
